UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALI KHAN RAHIMI, A# 221 223 251,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **SA-26-CV-00036-JKP** |
| **ICE; DHS; and WARDEN, South Texas** | § | |
| **ICE Processing Center,**[1] | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

**ORDER**

Before the Court is *pro se* Petitioner Ali Khan Rahimi's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Rahimi neither paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis* ("IFP").

It is therefore **ORDERED** that **within thirty (30) days of the filing of this Order**, Rahimi must submit to this Court either the required filing fee of $5.00 or a completed application to proceed IFP. **If Rahimi submits an IFP application, it must include a current institutional trust fund account statement showing deposits and balances to his institutional account for the previous six months.**

The Clerk of the Court is directed to forward to Rahimi this Court's standard IFP application.

---

[1] Petitioner Ali Khan Rahimi did not name as a respondent the warden of the facility in which he is confined. (ECF No. 1). The Court orders the Warden of the South Texas ICE Processing Center to be named as a respondent in this matter. Accordingly, the Clerk of Court is directed to change the style of the case to add the Warden of the South Texas ICE Processing Center as a respondent as set out in the style of this Order.

If Rahimi fails to comply with this Order, his Petition may be dismissed without further notice by this Court for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).

It is so **ORDERED**.

SIGNED this 8th day of January, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2